**Order filed January 5, 2017**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-16-00719-CV
_____

**HENRY GUERRA, SR., REBECCA GOMEZ GUERRA, MICHAEL GUERRA, BLANCA GUAJARDO, ESTHER GOMEZ TRISTAN, LINDA RUTH GARZA, AND LAURO GARZA, Appellants**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2014-70768**

---

## O R D E R

This is an appeal from a judgment signed June 10, 2016. Appellants timely filed a post-judgment motion. The notice of appeal was due September 8, 2016. *See* Tex. R. App. P. 26.1. Appellants, however, filed their notice of appeal on September 12, 2016, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997).

Appellants did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal by **January 15, 2017**. *See* Tex. R. App. P. 26.3;10.5(b). If appellants do not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM